UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. | :<br>:<br>:<br>:<br>:<br>:<br>: No. 1:21 cv 01063 |
| Plaintiffs, | : |
| - against - | : |
| FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFFS' MOTION TO ADMIT DAVID J. KAHNE <u>PRO HAC VICE</u>**

Pursuant to United Stated District Court District Court of New Hampshire Local Rule 83.2(b), the Plaintiffs, through the undersigned counsel, respectfully moves this Honorable Court to admit Attorney David J. Kahne to the Bar of this Court *Pro Hac Vice.* An affidavit in support of this motion is submitted herewith.

                                              Respectfully Submitted,
                                              For the Plaintiffs,
                                              By their lawyer,

                                              /s/ Peter J. Perroni, Esq._____
                                              Peter J. Perroni, Esq. - NH Bar 16259
                                              Nolan Perroni, P.C.
                                              The Mill - 73 Princeton Street, Suite 306
                                              N. Chelmsford, MA 01863
                                              T: 978. 454. 3800
Dated: 12/13/21                         peter@nolanperroni.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 13, 2021

Dated: 12/13/21       By: <u>/s/ peter j. perroni</u>