UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| In the Matter of the Application of | : |
| | : |
| DAVID J. KAHNE | : |
| | : |
| for *Pro Hac Vice* Admission to the Bar pursuant to | : |
| Local Rule 83.2(b) | : |
| | : Civ. No. _____ |
| | : |
| | : |

DAVID J. KAHNE, being duly sworn, deposes and says:

1. I am an attorney, duly admitted to the Bar of the New York, and make this affidavit in support of my application for admission to the Bar of the United States District Court for the District of New Hampshire, *pro hac vice,* pursuant to Local Rule 83.2 (b). The proceeding in respect of which I respectfully seek *pro hac vice* admission is one to be filed by LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, and several New Hampshire public school teachers and parents of public school students against the State of New Hampshire, the New Hampshire Department of Education, its Commissioner, Frank Edelblutt, and the New Hampshire Department of Human Rights for declaratory and other relief invalidating, on constitutional and other grounds, New Hampshire RSA § 193:40 and so much of RSA §§ 297 and 298, and contemporaneously enacted amendments to RSA § 354-A:30-3, all enacted June 25, 2021, as together have come to be known as the "Divisive Statute".

2. My office address is as follows:

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-6419
dkahne@stroock.com

3. Associated with me is PETER PERRONI, a Member of the Bar of this Court and a member of the firm of Nolan Perroni, PC, 73 Princeton St., N. Chelmsford, MA 01863 (978-454-3800; email: peter@nolanperroni.com).

4. I was duly admitted to the New York State Bar on June 18, 2008 and I am a member in good standing of said Bar. I was admitted to the Bar of the following Federal Courts in the years noted and, to the best of my knowledge and belief, continue to be a Member in good standing thereof:

> Eastern District of New York
> Southern District of New York
> U.S. Court of Appeals, 2nd Circuit

5. I am not now nor have I ever been suspended or disbarred in any jurisdiction.

6. I have never been denied admission to the Bar of any Court or jurisdiction, nor have I ever been the subject of any disciplinary proceeding, past or pending; neither have I ever been convicted of a felony or misdemeanor in any jurisdiction.

7. I have never been denied admission *pro hac vice* in any jurisdiction.

WHEREFORE, I respectfully request admission *pro hac vice* to the Bar of this Court. Signed under the pains and penalties of perjury this 13th day of December 2021.

*DAVID J. KAHNE*