UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------

| | |
|---|---|
| In the Matter of the Application of | : |
| | : |
| MARK RICHARD | : |
| | : |
| for *Pro Hac Vice* Admission to the Bar pursuant to | : |
| Local Rule 83.2(b) | : |
| | : Civ. No. _____ |
| | : |
| ........................................................................ | : |

MARK RICHARD, being duly sworn, deposes and says:

    1.    I am an attorney, duly admitted to the Bar of the State of Florida, and make this affidavit in support of my application for admission to the Bar of the United States District Court for the District of New Hampshire, *pro hac vice,* pursuant to Local Rule 83.2 (b). The proceeding in respect of which I respectfully seek *pro hac vice* admission is one to be filed by LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, and several New Hampshire public school teachers and parents of public school students against the State of New Hampshire, the New Hampshire Department of Education, its Commissioner, Frank Edelblutt, and the New Hampshire Department of Human Rights for declaratory and other relief invalidating, on constitutional and other grounds, New Hampshire RSA § 193:40 and so much of RSA §§ 297 and 298, and contemporaneously enacted amendments to RSA § 354-A:30-3, all enacted June 25, 2021, as together have come to be known as the "Divisive Statute".

    2.    My office address is as follows:

        PHILLIPS, RICHARD & RIND, P.A.
        9360 SW 72 Street, Suite 283
        Miami, Florida 33173
        Email: mrichard@phillipsrichard.com
        Telephone:  305-412-8322

3. Associated with me is PETER PERRONI, a Member of the Bar of this Court and a member of the firm of Nolan Perroni, PC, 73 Princeton St., N. Chelmsford, MA 01863 (978-454-3800; email: peter@nolanperroni.com).

3. I was duly admitted to the State of Florida Bar on October 25, 1980 and I am a member in good standing of said Bar. I was admitted to the Bar of the following State and Federal Courts in the years noted and, to the best of my knowledge and belief, continue to be a member in good standing thereof:

| Court | Date Admitted |
|---|---|
| Supreme Court of Florida | October 25, 1980 |
| USDC SDFL | November 23, 1984 |
| Supreme Court of the United States | August 4, 2000 |
| USDC MDFL | September 30, 2015 |
| USCA 11th Cir | November 25, 2015 |
| DC Bar | August 8, 2016 |
| NY Bar | April 27, 2017 |
| USCA DC Cir | April 28, 2017 |
| USDC DC | July 10, 2017 |
| USDC SDNY | April 9, 2019 |
| USCA 2nd Cir | May 29, 2019 |
| USCA 5th Cir | August 30, 2019 |

4. I am not now nor have I ever been suspended or disbarred in any jurisdiction.

5. I have never been denied admission to the Bar of any Court or jurisdiction, nor have I ever been the subject of any disciplinary proceeding, past or pending; neither have I ever been convicted of a felony or misdemeanor in any jurisdiction.

6. I have never been denied admission *pro hac vice* in any jurisdiction.

WHEREFORE, I respectfully request admission *pro hac vice* to the Bar of this Court.

Signed under the pains and penalties of perjury this 10th day of December 2021.

_____
Mark Richard

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

**SWORN TO AND SUBSCRIBED BEFORE ME** this 10th day of December, 2021, by Mark Richard, who is personally known to me or has produced _____ (type of identification) as identification.

JEANNETTE LOPEZ
Notary Public - State of Florida
Commission # GG 349781
My Comm. Expires Aug 26, 2023
Bonded through National Notary Assn.

(Seal)

NOTARY PUBLIC, STATE OF FLORIDA

Jannette Lopez
PRINT NAME

My Commission Expires: 8/26/2023

3