UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOT and MEGHAN RYAN DURDEN, parents or guardians of children in the New Hampshire public schools. | : <br> : <br> : <br> : <br> : <br> : <br> : No. 1:21-CV-01063 <br> : |
| Plaintiffs, <br> - against - | : <br> : <br> : |
| FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION TO ADMIT ATTORNEY FAITH GAY, ESQ. <br> *PRO HAC VICE*

Pursuant to United Stated District Court District Court of New Hampshire Local Rule 83.2(b), the Plaintiffs, through the undersigned counsel, respectfully moves this Honorable Court to admit Faith Gay, Esq., to the Bar of this Court *Pro Hac Vice*. An affidavit in support of this motion is submitted herewith.

Respectfully submitted,

/s/ Peter J. Perroni

NOLAN PERRONI
NH Bar. No. 16250
73 Princeton Street
North Chelmsford, MA 01832 03102
(978) 454-3800
peter@nolanperroni.com

December 13, 2021