UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

---

| | | |
|---|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. | : : : : : : : : | |
| Plaintiffs, | : : | No. _____ |
| -against- | : : | |
| FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. | : : : : : : : : : | |
| Defendants | : | |

---

## AFFIDAVIT OF FAITH E. GAY

FAITH E. GAY, of full age, certifies as follows:

1. I am an attorney licensed to practice law in the State of New York. I am a partner at Selendy & Gay PLLC, located at 1290 Avenue of the Americas, New York, New York, 10104. My telephone number is (212) 390-9001 and my email address is fgay@selendygay.com. New York State Bar Number 2117117.

2. Pursuant to L. Civ. R. 101.1(c), I am admitted to practice law before and a member in good standing of the bar of the courts listed in the table below:

| Court | Admission Year | Attorney Rolls Maintained by |
|---|---|---|
| New York's Appellate Division, First Department | 1987 | Clerk of the Court<br>27 Madison Avenue<br>New York, NY 10010<br>Telephone: 212-340-0400 |
| Supreme Court of Florida | 1997 | Clerk of the Court<br>500 South Duval Street<br>Tallahassee, FL 32399-1927<br>Telephone: 850-488-0125 |
| Supreme Court of Texas | 1997 | Clerk of the Court<br>201 W. 14th Street, Room 104<br>Austin, TX 78701<br>Telephone: 512-463-1312 |
| U.S. District Court for the Southern District of New York | 1987 | Clerk of the Court<br>500 Pearl Street<br>New York, NY 10007<br>Telephone: 212-805-0800 |
| U.S. District Court for the Eastern District of New York | 1987 | Clerk of the Court<br>225 Cadman Plaza East<br>Brooklyn, NY 11201<br>Telephone: 718-613-2285 |
| U.S. District Court for the Eastern District of Texas | 2010 | Clerk of the Court<br>William M. Steger Federal Building and United States Courthouse<br>211 West Ferguson Street, Room 106<br>Tyler, TX 75702<br>Telephone: 903-590-1000 |
| United States District Court for the Southern District of Florida | 2001 | Clerk of the Court<br>Wilkie D. Ferguson, Jr. United States Courthouse 400 North Miami Avenue<br>Miami, FL 33128<br>Telephone: 305-523-5100 |
| United States District Court for the Middle District of Florida | 2015 | Clerk of the Court<br>2110 First Street<br>Fort Myers, FL 33901<br>Telephone: 239-461-2000 |
| U.S. Court of Appeals for the First Circuit | 2008 | Clerk of the Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Boston, MA 02210<br>Telephone: 617-748-9057 |
| U.S. Court of Appeals for the Second Circuit | 1991 | Clerk of the Court<br>Thurgood Marshall United States Courthouse 40 Foley Square<br>New York, NY 10007<br>Telephone: 212-857-8585 |

| Court | Admission Year | Attorney Rolls Maintained by |
|---|---|---|
| U.S. Court of Appeals for the Third Circuit | 2019 | Clerk of the Court<br>James A. Byrne United States Courthouse<br>601 Market Street, Ste 18614<br>Philadelphia, PA 19106<br>Telephone: 215-597-2995 |
| U.S. Court of Appeals for the Fourth Circuit | 2013 | Clerk of the Court<br>Lewis F. Powell, Jr. United States Courthouse Annex<br>1100 East Main Street, Suite 501<br>Richmond, VA 23219-3517<br>Telephone: 804-916-2700 |
| U.S. Court of Appeals for the Sixth Circuit | 2001 | Clerk of the Court<br>Potter Stewart U.S. Courthouse 100 East Fifth Street Cincinnati, OH 45202<br>Telephone: 513-564-7000 |
| U.S. Court of Appeals for the Seventh Circuit | 2001 | Clerk of the Court<br>Everett McKinley Dirksen United States Courthouse<br>219 S. Dearborn Street, Room 2722<br>Chicago, IL 60604<br>Telephone: 312-435-5850 |
| U.S. Court of Appeals for the Eighth Circuit | 1999 | Clerk of the Court<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street, Room 24.329<br>St. Louis, MO 63102<br>Telephone: 314-244-2400 |
| U.S. Court of Appeals for the Eleventh Circuit | 2005 | Clerk of the Court<br>56 Forsyth Street<br>NY Atlanta, GA 30303<br>Telephone: 404-335-6100 |
| U.S. Court of Appeals for the Nineth Circuit | 2020 | Clerk of the Court<br>P.O. Box 193939<br>San Francisco, CA 94119-3939<br>Telephone: 415-355-8000 |
| U.S. Supreme Court | 2001 | Clerk of the Court<br>Supreme Court of the United States<br>1 First Street, NE<br>Washington, DC 20543<br>Telephone: 202-479-3000 |

3. I am not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against me in any state or federal court. No discipline has previously been imposed on me in any jurisdiction.

Dated: New York, NY
December 13, 2021

Respectfully submitted,

SELENDY & GAY PLLC

By: _____
Faith Gay
SELENDY & GAY, PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com