# RETURN OF SERVICE

MERRIMACK, SS.                                           12/27/2021

    I, DEPUTY JENNIFER L BOUCHER, make oath that on 12/17/2021 at 02:02pm,
I served the within named JOHN FOMELLA, by leaving at the OFFICE of same,
with SETH ZORACKI, SENIOR ASSISTANT ATTORNEY GENERAL, a copy of the Summons
and Complaint, attested by the Clerk of the UNITED STATES DISTRICT COURT.

FEES

| | |
|---|---|
| Service | $30.00 |
| Postage | 1.00 |
| Travel | 15.00 |

TOTAL            $46.00

DEPUTY JENNIFER L BOUCHER
Merrimack County Sheriff's Office