# RETURN OF SERVICE

MERRIMACK, SS.                                          12/27/2021

I, DEPUTY JENNIFER L BOUCHER, make oath that on 12/21/2021 at 02:45pm, I served the within named FRANK EDELBLUT, by leaving at the OFFICE of same, a copy of the Summons and Complaint, attested by the Clerk of the UNITED STATES DISTRICT.

FEES

| | |
|---|---|
| Service | $30.00 |
| Postage | 1.00 |
| Travel | 15.00 |
| TOTAL | $46.00 |

_____
DEPUTY JENNIFER L BOUCHER
Merrimack County Sheriff's Office