UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
Local 8027, AFT-New Hampshire,              \*
AFL-CIO, et al.,                             \*
                                             \*
            Plaintiffs,                      \*
      v.                                     \*   Case No. 21-cv-01063-JL
                                             \*
Frank Edelblut, in his official capacity as, \*
Commissioner of the Department of,           \*
Education, et al.,                           \*
                                             \*
            Defendants.                      \*
                                             \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF WITHDRAWAL OF SETH M. ZORACKI

Pursuant to LR 83.6(d), please withdraw my appearance on behalf of Defendants (1) Frank Edelblut, in his official capacity as Commissioner of the Department of Education, (2) Christian Kim, in his official capacity as Chair of the New Hampshire Commission on Human Rights, and (3) John Formella, in his official capacity as Attorney General of the State of New Hampshire.  Defendants will continue to be represented by the Office of the Attorney General, including Attorney Samuel Garland, who has previously entered an appearance in this case.

                                    Respectfully submitted,

Dated: Concord, NH                  /s/ Seth M. Zoracki
       March 14, 2022               Seth M. Zoracki, Bar #267887
                                    Senior Assistant Attorney General
                                    New Hampshire Department of Justice
                                    Office of the Attorney General, Civil Bureau
                                    33 Capitol St.
                                    Concord, NH 03301
                                    (603) 271-3650
                                    seth.m.zoracki@doj.nh.gov

## CERTIFICATE OF SERVICE

     I hereby certify that, on March 14, 2022, a copy of the foregoing was served via ECF electronic transmission upon counsel of record in this case.

Dated: March 14, 2022           /s/ Seth M. Zoracki
                                                  Seth M. Zoracki